■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY FLEURANT, Appellant. [732 NYS2d 360] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 15, 1999 (*People v Fleurant,* 266 AD2d 402), affirming a judgment of the Supreme Court, Kings County, rendered March 7, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, S. Miller and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM GOVAN, Appellant. [732 NYS2d 359] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered July 28, 1999, convicting him of robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, any error due to the trial court's missing witness charge was harmless.

The defendant's remaining contentions are without merit. Ritter, J. P., Friedmann, Florio and Cozier, JJ., concur.